## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 21, 2026

James Joseph Dean
Messer Caparello, PA
PO BOX 15579
2618 CENTENNIAL PL
TALLAHASSEE, FL 32317

Emma Lerner Freeman
Pace Freeman LLP
30 WALL ST FL 8
NEW YORK, NY 10005

Appeal Number: 24-13543-X
Case Style: Steven Hernandez, et al v. Florida Board of Bar Examiners, et al
District Court Docket No: 4:21-cv-00247-AW-MAF

Counsel,

This appeal is scheduled for oral argument Wednesday, January 28, 2026, at University of Miami.  You are directed to be prepared to address the following at oral argument.  Please email Stephanie_tisa@ca11.uscourts.gov to confirm receipt of these instructions.

> **The district court dismissed Mr. Drwencke's first amended complaint for failure to allege an actual or imminent injury because he had "not applied to the Florida bar or been charged the attorney fee," and he only "allege[d] a plan to seek bar admission someday."** *Hernandez v. Fla. Bd. of Bar Exam'rs*, **640 F. Supp. 3d 1246, 1249 (N.D. Fla. 2022).  To fix the injury problem, Mr. Drwencke amended his complaint to allege "a specific intent to sit for the February 2023 bar exam."** *Hernandez v. Fla. Bd. of Bar Exam'rs*, **No. 4:21-CV-247, 2022 WL 20288237, at \*2 (N.D. Fla. Jul. 7, 2022);** *see also* **[DE 46 ¶ 52; DE 107 ¶ 52.]  The new allegation, the district court found, "sufficiently allege[d] a sufficiently concrete, imminent injury" to meet Mr. Drwencke's burden at the motion-to-dismiss stage.** *Id.*  **What (if any) record evidence did Mr. Drwencke adduce at**

**summary judgment showing that he had standing to bring this case?** *See Worthy v. City of Phenix City, Ala.*, 930 F.3d 1206, 1214 (11th Cir. 2019) (Standing "must be supported in the same way as any other matter on which the plaintiff bears the burden of proof, *i.e.*, with the manner and degree of evidence required at the successive stages of the litigation." (quoting *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 561 (1992))).  **Given that the February 2023 bar exam has come and gone, can we give Mr. Drwencke meaningful future relief?** *See Djadju v. Vega*, 32 F.4th 1102, 1106 (11th Cir. 2022) ("A cause of action becomes moot 'when it no longer presents a live controversy with respect to which the court can give meaningful relief.'" (quoting *Christian Coal. of Fla., Inc. v. United States*, 662 F.3d 1182, 1189 (11th Cir. 2011))).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

LetterHead Only